CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ☐
Complaint ☒
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME: Artis

Reviewed by AUSA: __DA__
(Initials)

<u>DARIUS DUGAS</u>
Defendant's Full Name

Defendant's Address

Defendant's Attorney

Interpreter Needed? ☐ Yes ☒ No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| - | 18 U.S.C. § 2113(a) | Bank Robbery | 20 years | $250,000 |

Is the defendant currently in custody?   Yes ☐   No ☒   If yes, State or Federal?  Writ requested ☐

Has a complaint been filed?   Yes ☐   No ☐
    If Yes:   Name of the Magistrate Judge _____   Case No.: _____
              Was the defendant arrested on the complaint?   Yes ☐   No ☐

Has a search warrant been issued?   Yes ☐   No ☐
    If Yes:   Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge?   Yes ☐   No ☐   Amount of bond: _____

Is this a Rule 20?  Yes ☐   No ☒   To/from what district? _____
Is this a Rule 40?  Yes ☐   No ☒   To/from what district? _____

Estimated trial time:   2 days

The Clerk will issue a Summons/**Warrant**   (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☒  No ☐   Recommended conditions of release: _____