CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ☐
Complaint ☒
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME: Artis
Reviewed by AUSA: __DA__
(Initials)

<u>SASHONDRA DUGAS</u>
Defendant's Full Name

_____
Defendant's Address

_____
Defendant's Attorney

Interpreter Needed?  ☐ Yes  ☒ No
If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| - | 18 U.S.C. § 2113(a) | Bank Robbery | 20 years | $250,000 |

Is the defendant currently in custody?  Yes ☐  No ☒  If yes, State or Federal? Writ requested ☐

Has a complaint been filed?  Yes ☐  No ☐
If Yes: Name of the Magistrate Judge _____ Case No.: _____
Was the defendant arrested on the complaint?  Yes ☐  No ☐

Has a search warrant been issued?  Yes ☐  No ☐
If Yes: Name of the Magistrate Judge _____ Case No.: _____

Was bond set by Magistrate/District Judge?  Yes ☐  No ☐   Amount of bond: _____

Is this a Rule 20? Yes ☐  No ☒   To/from what district? _____
Is this a Rule 40? Yes ☐  No ☒   To/from what district? _____

Estimated trial time:   2 days

The Clerk will issue a Summons/**Warrant**   (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☒  No ☐   Recommended conditions of release: _____
_____
_____