UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   22-mj-2156 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| DARIUS DUGAS | ) | |

## UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Mark H. Wildasin, United States Attorney, and Dwight Artis, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves a crime of violence." 18 U.S.C. § 3142(f)(1)(A)-(E) The statement in support of the Criminal Complaint in this case describes that the Defendant took part in a Bank Robbery in violation of Title 18, United States Code Section 2113(a), which is a felony.  Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

Moreover, the Government would submit that the Defendant has no ties to the community and is therefore a flight risk.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By: _/s/ Dwight Artis_
Dwight Artis
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 8th day of June, 2022.

_/s/Dwight Artis_
AUSA